Carmen D. STEPHENS,
Plaintiff–Appellant,

v.

**CITIMORTGAGE, INC., Citibank, N.A., Merscorp, Inc., (As successor by merger with Mortgage Electronic Registration Systems, Inc.), Phelan Hallinan & Jones, LLC, Defendants–Appellees.**

No. 13–14497
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 21, 2014.

Deirdre Stephens–Johnson, Law Office of Deirdre M. Stephens–Johnson, LLC, Pine Lake, GA, for Plaintiff-Appellant.

Carmen D. Stephens, Suwanee, GA, pro se.

Hilary Houston Adams, Stefanie H. Jackman, Sarah T. Reise, Christopher J. Willis, Ballard Spahr, LLP, Christine L. Mast, Joseph Hall Wieseman, Hawkins Parnell Thackston & Young, LLP Atlanta, GA for Defendants–Appellees.

Before TJOFLAT, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

We affirm the District Court's judgment of September 23, 2013, granting the defendants' motions to dismiss because, as the District Court stated, plaintiff failed to file a response contesting the motions. Doc. 10.

AFFIRMED.